```
                          United States Bankruptcy Court
                           Eastern District of Arkansas
In re:                                                         Case No. 17-15652-pmj
Danny L. Jones                                                 Chapter 7
Carolyn M. Brown
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0860-4          User: rob                Page 1 of 2              Date Rcvd: Oct 19, 2017
                              Form ID: 309A            Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db/jdb         +Danny L. Jones,   Carolyn M. Brown,   111 E. 8th St.,   Carlisle, AR 72024-9472
6071209        +Access Credit Management,   PO Box 22267,   Little Rock, AR 72221-2267
6071210        +Advanced Recovery Systems,   513 Garrison Ave.,   Fort Smith, AR 72901-2506
6071211        +Arkansas Federal Credit Union,   PO Box 9,   Jacksonville, AR 72078-0009
6071213         Bobbie Cotner,   22 Schaffer Dr.,   Carlisle, AR 72024
6071215        +CB Ft. Smith Collections,   PO Box 1707,   Fort Smith, AR 72902-1707
6071220        +Dr. David Greenwood, MD,   2215 Wildwood Ave,   Sherwood, AR 72120-5089
6071221        +Finance Systems of Richmond,   5703 National Road East,   PO Box 786,   Richmond, IN 47375-0786
6071224        +Internal Medicine Assoc of NLR,   505 W. Pershing Blvd,   Ste C,
                 North Little Rock, AR 72114-2157
6071226        +Little Rock Anesthesia Svcs,   500 S. University Ave,   Ste 505,   Little Rock, AR 72205-5307
6071227       #+Mid-South Adjustment Co, Inc.,   316 W. 6th Ave,   Ste A,   Pine Bluff, AR 71601-4217
6071230        +N Little Rock Emergency Doctor,   11001 Executive Center DR,   Ste 200,
                 Little Rock, AR 72211-4393
6071235        +Securus Correctional Billing,   PO Box 1109,   Addison, TX 75001-1109
6071238        +Southern Reg. Anesthesiology,   6119 Midtown Ave,   Ste 201,   Little Rock, AR 72205-5316
6071240        +St. Vincent Heart Clinic,   10100 Kanis Rd.,   Little Rock, AR 72205-6202
6071245        +Taylor Law, PLLC,   PO Box 436709,   Louisville, KY 40253-6709
6071246        +The Surgical Clinic of Cent AR,   9500 Kanis Rd.,   Ste 501,   Little Rock, AR 72205-6389
6071248        +United Consumer Financial Svcs,   865 Bassett Rd.,   Westlake, OH 44145-1194
6071249        +Verizon Wireless,   Bankruptcy Administration,   500 Technology Dr.,   Ste 500,
                 Weldon Springs, MO 63304-2225
6071250        +Westside Open MRI & Diagnostic,   301 N. Shackleford Rd.,   Little Rock, AR 72211-2882
6071251        +World Financial Capital Bank,   2855 E. Cottonwood Pkwy,   #100,
                 Salt Lake City, UT 84121-7038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: niblockfiling@gmail.com Oct 19 2017 23:15:29    G Gregory Niblock,
                 Niblock & Associates,   P.O. Box 1208,   Stuttgart, AR  72160
tr              EDI: BFSWETZEL.COM Oct 19 2017 23:13:00      Frederick S. Wetzel, III,   Chapter 7 Panel Trustee,
                 200 North State Street, Suite 200,   Little Rock, AR  72201-1399
ust            +E-mail/Text: USTPRegion13.LR.ECF@usdoj.gov Oct 19 2017 23:15:30    U.S. Trustee (ust),
                 Office Of U. S. Trustee,   200 W Capitol, Ste. 1200,   Little Rock, AR 72201-3618
6071212        +E-mail/Text: smiller@arspecialty.com Oct 19 2017 23:15:41    Arkansas Specialty Care Center,
                 600 S. McKinley St.,   Little Rock, AR 72205-5202
6071214        +EDI: STFC.COM Oct 19 2017 23:13:00     CACH, LLC,   Attention: Bankruptcy,   4340 S. Monaco St.,
                 2nd Floor,   Denver, CO 80237-3485
6071216        +EDI: WFNNB.COM Oct 19 2017 23:13:00     Comenity Bank/Gander Mountain,   PO Box 182125,
                 Columbus, OH 43218-2125
6071217        +EDI: WFNNB.COM Oct 19 2017 23:13:00     Comenity Bank/Victoria Secret,   Attn: Bankruptcy,
                 PO Box 182125,   Columbus, OH 43218-2125
6071218        +EDI: WFNNB.COM Oct 19 2017 23:13:00     Comenity Capital Bank,   PO Box 182125,
                 Columbus, OH 43218-2125
6071219        +EDI: CMIGROUP.COM Oct 19 2017 23:13:00     Credit Management, LP,   Attn: Bankruptcy,
                 PO Box 118288,   Carrolton, TX 75011-8288
6071222        +EDI: BLUESTEM Oct 19 2017 23:13:00      Fingerhut,   6250 Ridgewood Rd.,
                 Saint Cloud, MN 56303-0820
6071223        +E-mail/Text: psimmons@heartclinicarkansas.com Oct 19 2017 23:16:12     Heart Clinic of Arkansas,
                 10100 Kanis Rd.,   Little Rock, AR 72205-6202
6071225         EDI: JEFFERSONCAP.COM Oct 19 2017 23:13:00    Jefferson Capital Systems, LLC,
                 16 McLeland Rd.,   Saint Cloud, MN 56303
6071229        +E-mail/Text: rlambert@mscb-inc.com Oct 19 2017 23:15:51    MSCB, Inc.,   PO Box 1567,
                 Paris, TN 38242-1567
6071228        +EDI: MID8.COM Oct 19 2017 23:13:00     Midland Funding, LLC,   Attn: Bankruptcy,
                 PO Box 939069,   San Diego, CA 92193-9069
6071231         EDI: PRA.COM Oct 19 2017 23:13:00     Portfolio Recovery Associates,   Attn: Bankruptcy,
                 PO Box 41067,   Norfolk, VA 23541
6071613        +EDI: PRA.COM Oct 19 2017 23:13:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
6071232        +E-mail/Text: susan@rapaxray.com Oct 19 2017 23:16:40    Radiology Associates, PA,
                 PO Box 8801,   Little Rock, AR 72231-8801
6071233        +EDI: RESURGENT.COM Oct 19 2017 23:13:00     Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
6071239         EDI: NEXTEL.COM Oct 19 2017 23:13:00     Sprint,   PO Box 4191,   Carol Stream, IL 60197-4191
6071234        +EDI: DRIV.COM Oct 19 2017 23:13:00     Santander Consumer USA,   PO Box 961245,
                 Fort Worth, TX 76161-0244
6071236        +E-mail/Text: clientservices@sourcerm.com Oct 19 2017 23:16:31    Source Receivables Mgmt, LLC,
                 PO Box 4068,   Greensboro, NC 27404-4068
6071237        +E-mail/Text: roberta.cranston@southerncollect.com Oct 19 2017 23:16:07
                 Southern Collection System,   PO Box 25006,   Little Rock, AR 72221-5006
6071241        +EDI: RMSC.COM Oct 19 2017 23:13:00     Synchrony Bank/JCPenney,   PO Box 965007,
                 Orlando, FL 32896-5007
```

```
District/off: 0860-4          User: rob                    Page 2 of 2              Date Rcvd: Oct 19, 2017
                              Form ID: 309A                Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
6071242      +EDI: RMSC.COM Oct 19 2017 23:13:00      Synchrony Bank/Mega Group USA,   Attn: Bankruptcy,
              PO Box 965060,   Orlando, FL 32896-5060
6071243      +EDI: RMSC.COM Oct 19 2017 23:13:00      Synchrony Bank/Select Comfort,   Attn: Bankruptcy,
              PO Box 965060,   Orlando, FL 32896-5060
6071244      +EDI: RMSC.COM Oct 19 2017 23:13:00      Synchrony Bank/TJX,   Attn: Bankruptcy,   PO Box 965060,
              Orlando, FL 32896-5060
6071247       EDI: TFSR.COM Oct 19 2017 23:13:00      Toyota Motor Credit,   PO Box 8026,
              Cedar Rapids, IA 52408
                                                                                                 TOTAL: 27

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2017 at the address(es) listed below:

```
              Frederick S. Wetzel, III    fswetzel@wetzelandmoore.com,    firm@wetzelandmoore.com;AR10@ecfcbis.com
              G Gregory Niblock    on behalf of Debtor Danny L. Jones niblockfiling@gmail.com,
               R62380@notify.bestcase.com
              G Gregory Niblock    on behalf of Joint Debtor Carolyn M. Brown niblockfiling@gmail.com,
               R62380@notify.bestcase.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov;eliane.m.archambeault@usdoj.gov
                                                                                                 TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Danny L. Jones** | Social Security number or ITIN | **xxx–xx–8684** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Carolyn M. Brown** | Social Security number or ITIN | **xxx–xx–2125** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Arkansas** | Date case filed for chapter **7** | **10/18/17** |
| Case number: | **4:17–bk–15652** | Judge: | **Phyllis M. Jones** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Danny L. Jones | Carolyn M. Brown |
| 2. | **All other names used in the last 8 years** | | aka Carolyn M. Jones |
| 3. | **Address** | 111 E. 8th St.<br>Carlisle, AR 72024 | 111 E. 8th St.<br>Carlisle, AR 72024 |
| 4. | **Debtor's attorney**<br>Name and address | G Gregory Niblock<br>Niblock & Associates<br>P.O. Box 1208<br>Stuttgart, AR 72160 | Contact phone (870) 673–8444<br><br>Email: niblockfiling@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Frederick S. Wetzel III<br>Chapter 7 Panel Trustee<br>200 North State Street, Suite 200<br>Little Rock, AR 72201–1399 | Contact phone (501) 663–0535<br><br>Email: fswetzel@wetzelandmoore.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                        page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case should be filed in ECF or at one of these addresses. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 W. 2nd Street<br>Little Rock, AR 72201<br>OR<br>35 E. Mountain St. Rm 316<br>Fayetteville, AR 72701 | Hours open 8:00 a.m. – 5:00 p.m.<br><br>Contact phone: 501–918–5500 or 479–582–9800<br><br>Date: 10/19/17 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 15, 2017 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Valid photo identification and proof of social security number required** *** | Location:<br><br>**U.S. Trustee's Office, Bank of America Building, 200 W. Capitol, 12th Floor – Rm 1210, Little Rock, AR 72201** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 1/16/18**<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.<br>**Deadline to object to exemptions in cases converted to Chapter 7:** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors or within 30 days after any amendment to the list or supplemental schedules is filed, whichever is later. ****<br><br>******Filing deadline: See Bankruptcy Rule 1019(2)(B).** |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Intent to abandon property** | The trustee may give notice at the meeting of creditors of his/her intent to abandon property unless objections are filed within 15 days. | |